

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Joseph B. Roe, Jr.,

Vs. No. 11-17-00294-CV

Mike McQuitty, David Decker, and
and C. Boyd Finch,

\* From the 142nd District Court
  of Midland County,
  Trial Court No. CV-52,446.

\* November 7, 2019

\* Memorandum Opinion by Stretcher, J.
  (Panel consists of: Bailey, C.J.,
  Stretcher, J., and Wright, S.C.J.,
  sitting by assignment)
  (Willson, J., not participating)

 

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Joseph B. Roe, Jr.